HESTON & HESTON, ATTORNEYS AT LAW
HALLI B. HESTON (State Bar No. 90737)
RICHARD G. HESTON (State Bar No. 90738)
19700 Fairchild Road, Suite 280
Irvine, California 92612-2521
Tel: (949) 222-1041
Fax: (949) 222-1043
hheston@hestonlaw.com

Attorneys for Debtors

**FILED & ENTERED**

**DEC 01 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** moser **DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>THOMAS C. WALLIS and<br><br>JANET WALLIS,<br><br>Debtors. | Case No.: 6:22-bk-14391-SY<br><br>Chapter 13<br><br>**ORDER DENYING MOTION FOR ORDER EXTENDING TIME TO FILE CASE COMMENCEMENT DOCUMENTS** |

     On November 30, 2022 as Docket # 13, the debtors filed an Ex Parte Motion for Order Extending Time to File Summary of Schedules, Statistical Summary of Certain Liabilities, Schedules, Declaration Concerning Schedules, Statement of Financial Affairs, Form 22B, Employee Income Record, Chapter 13 Plan and Other Required Chapter 13 Documents ("Motion"). Having reviewed the Motion, and no good cause appearing,

///

///

///

1

IT IS ORDERED that the Motion is denied.

###

Date: December 1, 2022

Scott H. Yun
United States Bankruptcy Judge